# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01581-JLK

CAROL A. LIETZ, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

CIGNA CORPORATION,
CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
CIGNA HEALTH AND LIFE INSURANCE COMPANY,
AMERICAN SPECIALTY HEALTH INCORPORATED,
AMERICAN SPECIALTY HEALTH GROUP, INC.,

    Defendants.

_____

## ORDER GRANTING
## JOINT MOTION TO TRANSFER VENUE
_____

Pending before the Court is the parties' Joint Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of Pennsylvania. The instant motion indicates that all parties to this action consent to the transfer, the remaining claim in this action had originally been filed in the Eastern District of Pennsylvania, that Defendants either reside in the Eastern District of Pennsylvania or conduct significant business there, that many witnesses are located there or within close proximity and none are likely to be located in Colorado, and the parties' ability to coordinate discovery between this action and *American Chiropractic Association, et al. v. Connecticut General Life Insurance Co., et al.*, 12-cv-7243 (E.D. Pa.) will preserve judicial resources, as the parties (who share legal counsel in both cases) indicate that both

cases involve the relationship between Defendants Cigna Corporation, Connecticut General Life Insurance Company, and Cigna Health and Life Insurance Company on one hand and Defendants American Specialty Health Incorporated and American Specialty Health Group, Inc. on the other. As such, the Court finds that the case might have been brought in the Eastern District of Pennsylvania, and the competing equities weigh heavily in favor of transfer. The Court further finds that the parties have satisfied their burden to establish that the existing forum is inconvenient. The Court accordingly GRANTS the joint motion (Doc. 62).

Accordingly, the Clerk of the Court shall transfer this case to the United States District Court for the Eastern District of Pennsylvania to be associated with *American Chiropractic Association, et al. v. Connecticut General Life Insurance Co., et al.*, 12-cv-7243 (E.D. Pa.).

**IT IS SO ORDERED.**

**DATED July 21, 2016**

*/s/ John L. Kane*
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE